**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6447**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BRIDGETT RENETTIER BURROWS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cr-00326-D-1)

_____

Submitted:  February 18, 2025              Decided:  June 13, 2025

_____

Before HARRIS, RICHARDSON, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bridgett Renettier Burrows, Appellant pro se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bridgett Renettier Burrows appeals the district court's order denying her motion for compassionate release. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm the district court's order. *United States v. Burrows*, No. 5:21-cr-00326-D-1 (E.D.N.C. May 3, 2024). We deny the motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*